**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, | |
| Plaintiff, | Civil Action No. 26-cv-02721 |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | |
| Defendants. | |

**DECLARATION IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE* OF ABBY M. NEU**

I, Abby M. Neu, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an attorney at the firm Whitewood Law PLLC.

2.      I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3.      As shown in the Certificate of Good Standing issued on March 24, 2026 attached hereto, I am an active member in good standing of the bar of the Supreme Court of the State of Illinois.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.      There are no pending disciplinary proceedings against me in any state or federal

court.

7. I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter.

8. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Date: April 6, 2026                    Respectfully submitted,

                                       */s/ Abby M. Neu*
                                       Abby M. Neu ARDC 6327370
                                       **WHITEWOOD LAW PLLC**
                                       57 West 57th Street, 3rd and 4th Floors
                                       New York, NY 10019
                                       Telephone: (872) 294-3263
                                       Email: aneu@whitewoodlaw.com

                                       *Counsel for Plaintiff*