**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br> GLOBEETE, et al.,<br><br>   Defendants. | Civil Action No. 26-cv-2721 |

**CERTIFICATE OF SERVICE**

I, Shengmao Mu, declare as follows:

1. On April 6, 2026, Plaintiff received ECF notice that the Temporary Restraining Order ("TRO") was granted permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO and relevant documents on a website and by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website. ECF No. 17.

2. I hereby certify that on April 17, 2026, I or somebody under my direction electronically published the Complaint, TRO, all signed Orders and scheduling orders, and all other documents on a website.

3. I hereby certify that on April 17, 2026, I or somebody under my direction sent an e-mail that includes a link to said website to the e-mail addresses provided by third party service providers and disclosed by Defendants, notifying the Defendants of the hearing on Plaintiff's request for preliminary injunction scheduled for May 4, 2026 at 9:30 A.M in Courtroom 12A at 500 Pearl Street.

1

I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 1, 2026                     Respectfully submitted,

                                       */s/ Shengmao Mu*
                                       Shengmao Mu
                                       NY No. 5707021
                                       **WHITEWOOD LAW PLLC**
                                       57 West, 57th Street, 3rd and 4 Floors
                                       New York, NY, 10019
                                       Telephone: (917) 858-8018
                                       Email: smu@whitewoodlaw.com

                                       *Counsel for Plaintiff*

2