**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MILWAUKEE ELECTRIC TOOL
CORPORATION,

          Plaintiff,

v.

GLOBEETE, et al.,

          Defendants.

Civil Action No. 26-cv-2721

## STIPULATED PRELIMINARY INJUNCTION ORDER

THIS CAUSE comes before the Court following a hearing on Plaintiff's Motion for Preliminary Injunction. The Court previously entered a Temporary Restraining Order and Asset Freeze Order against all Defendants ("TRO") on April 6, 2026. Dkt. 17. The Court also authorized Plaintiff to serve Defendants by electronic means. Dkt. 17. In conjunction with the TRO, the Court ordered Defendants to appear at a hearing to demonstrate good cause why a preliminary injunction should not be issued. Dkt. 17. The hearing on Plaintiff's motion for a preliminary injunction was held via teleconference on May 4, 2026, at 9:30 AM. Plaintiff's motion for preliminary injunction was entered against all non-appearing defendants and the TRO was further extended as to appearing Defendant ICOCOIK (Def. 66) until May 18, 2026. Dkt. 47.

Defendant ICOCOIK (Def. 66) ("Defendant") met and conferred with Plaintiff and agreed to a stipulated preliminary injunction which includes a cap on the asset restraint previously implemented by the Court's Temporary Restraining Order, Dkt. 17.

1

**ORDER**

The injunctive relief previously granted in the TRO shall remain in place through the pendency of this action, and issuing this Order is warranted under Federal Rule of Civil Procedure 65 and 15 U.S.C. § 1116(a).

Based on the foregoing findings of fact and conclusions of law, Plaintiff's Motion for Preliminary Injunction is hereby **GRANTED** and it is **ORDERED** as follows:

1. As sufficient cause has been shown, Defendant is hereby enjoined and restrained from engaging in any of the following conduct pending the final hearing and determination of this action or until further order of the Court:

   a. Cease and refrain from manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

   b. Cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing the Milwaukee Marks, or any confusingly similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

   c. Cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

   d. Cease and refrain from using the Milwaukee Marks on or in connection with any seller alias that Defendant may own, operate, or control on any Marketplace;

2

e. Cease and refrain from any and all use of the Milwaukee Marks as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Seller Aliases registered, owned or operated by Defendant on any Marketplace; and;

f. Cease and refrain from altering, disabling, closing, or transferring ownership of any seller alias on any Marketplace.

2. In accordance with the parties' agreement, the asset freeze implemented by the previous Temporary Restraining Order is capped at $40,000 for Defendant ICOCOIK. Any surplus of frozen funds beyond this amount is released to Defendant.

3. The Court's previous Temporary Restraining Order, Asset Freeze Order, and Order to Show Cause, Dkt. 17, as it relates to Defendant ICOCOIK, is dissolved and is replaced by this Stipulated Preliminary Injunction Order, which is hereafter in effect.

Dated: May 18, 2026                    Respectfully submitted,


*/s/ Shengmao Mu*                      /s/ Jianyin Liu
Shengmao Mu                            Jianyin Liu
NY No. 5707021                         FBN: 1007675
**WHITEWOOD LAW PLLC**                 The Law Offices of James Liu PLLC
57 West 57th Street, 3rd and 4th Floors    9000 SW 157th St
New York, NY 10019                     Palmetto Bay, FL 33157
Telephone: (917) 858-8018              Email: jamesliulaw@gmail.com
Email: smu@whitewoodlaw.com            Phone: (305) 2096188

*Counsel for Plaintiff*                *Counsel for Defendant*


**SO ORDERED** this __19th__ day of __May__, 2026.

_____
**UNITED STATES DISTRICT JUDGE**

3

## SCHEDULE A

| Doe No. | Seller Alias | Platform | Seller ID |
|---------|--------------|----------|-----------|
| 66 | ICOCOIK | Temu | 634418217075928 |

4