**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MILWAUKEE ELECTRIC TOOL
CORPORATION,

        Plaintiff,

v.

Globeete, et al.,

        Defendants.

Civil Action No. 26-cv-2721

Hon. Loretta A. Preska

## [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE

The Court has considered Plaintiff's Letter Motion to Dismiss Certain Defendants Without Prejudice and finds that voluntary dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the following defendants are dismissed from this case without prejudice, and with each party bearing their own attorney's fees and costs:

| Defendant Seller Name | DOE No. |
|---|---|
| GlobeTrove Art | 3 |
| GTQQHHH | 16 |
| Home Charm Decor | 50 |
| Kjika | 111 |
| LiangxinxinShop | 122 |
| LOONZ | 142 |
| Lumendjjeegh | 148 |
| MechPro Mart | 167 |

The Clerk of Court shall close docket number 45.

SO ORDERED this 9th day of June, 2026.

_____
Hon. Loretta A. Preska
UNITED STATES DISTRICT JUDGE